**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70050-JAD |
| **Wilma Stroh,** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Wilma Stroh,** | : | Related to Docket No. 30 |
| Movant | : | |
| | : | Hearing Date and Time: |
| vs. | : | September 19, 2017 at 10:00 AM |
| | : | |
| **Remit Corporation,** | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO AVOID LIEN WITH REMIT CORPORATION FILED AT DOCKET NO. 30

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Lien filed on August 4, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 21, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 22, 2017                By: /s/ Lawrence Willis Esquire
                                      Lawrence W Willis, Esquire
                                      PA I.D. # 85299
                                      Willis & Associates
                                      201 Penn Center Blvd
                                      Pittsburgh, PA 15235
                                      Tel: 412.825.5170
                                      Fax: 412.823.2375
                                      lawrencew@urfreshstrt.com
                                      Attorney for Debtors