IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Wilma Stroh,** Debtor | : : : | Case No. 17-70050-JAD Chapter 13 |
| **Wilma Stroh,** Movant | : : : : | Related to Docket No. 30 Hearing Date and Time: September 19, 2017 at 10:00 AM |
| vs. **Remit Corporation,** Respondent | : : : : | |
| and **Ronda J. Winnecour, Esquire, Chapter 13 Trustee,** Additional Respondent | : : : : : : | **DEFAULT O/E JAD** |

## ORDER

AND NOW, this  7th  day of  September , 2017, upon the Motion to Avoid Judgment Held by Remit Corporation, which impaired an exemption of the Debtor, it is hereby ORDERED and DECREED as follows:

1. The judgment obtained by Remit Corporation, referenced as civil action number 2013-00393 in the Court of Common Pleas of Blair County, Pennsylvania, in the Debtor's household and personal goods be and hereby is, avoided.

2. Any claim of Remit Corporation is to be treated as a general unsecured claim.

BY THE COURT:

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
9/7/17 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                        Case No. 17-70050-JAD
Wilma Stroh                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: culy              Page 1 of 1         Date Rcvd: Sep 07, 2017
                                Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db             +Wilma Stroh,    127 Cashman Rd,    Altoona, PA 16601-7653
                Remit Corp.,    Attn: Harry Strausser, III, President,    360 West Main Street,
                 Bloomsburg, PA  17815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: bankruptcy@remitcorp.com Sep 08 2017 03:17:58      Remit Corp.,
               Attn: Raymond Kessler, Esq.,   36 West Main Street,   Bloomsburg, PA 17815-1703
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Lawrence W. Willis    on behalf of Debtor Wilma  Stroh help@urfreshstrt.com, urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5