# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70050-JAD |
| | : | |
| Wilma Stroh, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated May 16, 2018 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated May 15, 2018* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated May 17, 2018         Executed by:   /s/ Lawrence W. Willis
                                          Lawrence W. Willis, Esquire
                                          Willis & Associates
                                          201 Penn Center Blvd
                                          Pittsburgh, PA 15235
                                          Tel: 412.825.5170
                                          Fax: 412.823.2375

MATRIX

Wilma Stroh
127 Cashman Road
Altoona, PA 16601

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Actioncard
Pob 105555
Atlanta, GA 30348

Actioncard
Pob 105555
Atlanta, GA 30348

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Capital One
Po Box 30253
Salt Lake City, UT 84130

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Chase Card
Po Box 15298
Wilmington, DE 19850

Comenity Bank/lnbryant
Po Box 182789
Columbus, OH 43218

Crd Prt Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240

Credit Control
2410 Broad Ave
Altoona, PA 16601

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

Fashion Bug
Po Box 84073
Columbus, GA 31908

Fia Cs
Po Box 982238
El Paso, TX 79998

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Keystone Col
220 North Duke Str
Lancaster, PA 17602

Mabt/contfin
121 Continental Dr Ste 1
Newark, DE 19713

Nissn Inf Lt
2901 Kinwest Pkwy
Irving, TX 75063

Onemain
Po Box 1010
Evansville, IN 47706

Onemain

Po Box 1010
Evansville, IN 47706

Reliance Sav Bk
1119 12th St
Altoona, PA 16601

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Transworld Sys Inc/51
507 Prudential Rd
Horsham, PA 19044

Transworld Sys Inc/51
507 Prudential Rd
Horsham, PA 19044