# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-70050-JAD |
| Wilma Stroh ) | |
| ) | |
| Debtors ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 48 |

## CONSENT ORDER MODIFYING JUNE 25, 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 25, 2018, it is

IT IS FURTHER ORDRED that the reference to Beaver County TCB in Part "1.G." is stricken as erroneous and replaced by the following: The claims of Blair County TCB at Claim Nos. 1, 2, 3, 4 and 5 shall fully govern at 9%.

The June 25, 2018 order otherwise remains in full force and effect, with the only change being the correct county tax claim bureau to have filed the claims.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/Lawrence W. Willis
Lawrence W. Willis
Attorney for debtors
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh PA 15235
412-235-1721
ecf@westernpabankruptcy.com


/s/ Jeffrey Muriceak
Jeffrey Muriceak
Attorney for Blair County TCB
Evey Black Attorneys LLC
401 Allegheny Street
Hollidaysburg PA 16648
814-695-7581
Jmuriceak@eveyblack.com