# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-70050-JAD |
| Wilma Stroh | ) | |
| | ) | |
| **Debtors** | ) | Chapter 13 |
| | ) | Document No. __51__ |
| | ) | Related to Document No. 48 |

## CONSENT ORDER MODIFYING JUNE 25, 2018 ORDER

AND NOW, this __13th__ day of __July__, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 25, 2018, it is

IT IS FURTHER ORDRED that the reference to Beaver County TCB in Part "1.G." is stricken as erroneous and replaced by the following: The claims of Blair County TCB at Claim Nos. 1, 2, 3, 4 and 5 shall fully govern at 9%.

The June 25, 2018 order otherwise remains in full force and effect, with the only change being the correct county tax claim bureau to have filed the claims.

BY THE COURT:

_____ jsf
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

FILED
7/13/18 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/Lawrence W. Willis
Lawrence W. Willis
Attorney for debtors
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh PA 15235
412-235-1721
ecf@westernpabankruptcy.com


/s/ Jeffrey Muriceak_____
Jeffrey Muriceak
Attorney for Blair County TCB
Evey Black Attorneys LLC
401 Allegheny Street
Hollidaysburg PA 16648
814-695-7581
Jmuriceak@eveyblack.com

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania

In re:                                                        Case No. 17-70050-JAD
Wilma Stroh                                                   Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: amaz                      Page 1 of 2        Date Rcvd: Jul 13, 2018
                              Form ID: pdf900                 Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db              +Wilma Stroh,    127 Cashman Rd,    Altoona, PA 16601-7653
cr              +Blair County Tax Claim Bureau,    423 Allegheny St. Ste 143,    Holidaysburg, PA 16648-2047
14355121        +Actioncard,   Pob 105555,   Atlanta, GA 30348-5555
14355123        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,     Po Box 982238,   El Paso, TX 79998)
14367029        +Blair County Tax Claim Bureau,    423 Allegheny Street,    Hollidaysburg, PA 16648-2022
14367031        +Blair County Tax Claim Bureau,    Blair County Courthouse,    423 Allegheny Street,    Suite 143,
                  Hollidaysburg, PA 16648-2047
14355141        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
14355128        +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14355130        +Crd Prt Asso,   13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14355131        +Credit Control,   2410 Broad Ave,    Altoona, PA 16601-1940
14355136        +Fia Cs,   Po Box 982238,   El Paso, TX 79998-2238
14355137        +First Premier Bank,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14355140        +Keystone Col,   220 North Duke Str,    Lancaster, PA 17602-2710
14367044         M&T Bank,   PO Box 619063,    Dallas, TX 75261-9063
14355142        ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissn Inf Lt,    2901 Kinwest Pkwy,   Irving, TX 75063)
14389678        +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                  Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14355145        +Reliance Sav Bk,   1119 12th St,    Altoona, PA 16601-3419
14355146        +Santander Consumer Usa,   Po Box 961245,    Ft Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14355125         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2018 01:25:58      Capital One Bank Usa N,
                  15000 Capital One Dr,   Richmond, VA 23238
14355124        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2018 01:26:38      Capital One,
                  Po Box 30253,   Salt Lake City, UT 84130-0253
14355129        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 14 2018 01:22:54      Comenity Bank/lnbryant,
                  Po Box 182789,   Columbus, OH 43218-2789
14355132        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 14 2018 01:26:25      Credit One Bank Na,
                  Po Box 98875,   Las Vegas, NV 89193-8875
14355133        +E-mail/Text: mrdiscen@discover.com Jul 14 2018 01:22:41      Discover Fin Svcs Llc,
                  Po Box 15316,   Wilmington, DE 19850-5316
14355134        +E-mail/Text: bknotice@ercbpo.com Jul 14 2018 01:23:22      Enhanced Recovery Co L,
                  8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14355135        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 14 2018 01:22:54      Fashion Bug,
                  Po Box 84073,   Columbus, GA 31908-4073
14632421         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 14 2018 01:26:03
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                  N.A.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14676137         E-mail/Text: camanagement@mtb.com Jul 14 2018 01:22:50      M&T Bank,   P.O. Box 1288,
                  Buffalo, NY 14240-1288
14387841         E-mail/PDF: cbp@onemainfinancial.com Jul 14 2018 01:25:55      OneMain,   P.O. Box 3251,
                  Evansville, IN. 47731-3251
14355143        +E-mail/PDF: cbp@onemainfinancial.com Jul 14 2018 01:26:15      Onemain,   Po Box 1010,
                  Evansville, IN 47706-1010
14647948         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2018 01:37:44
                  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14367138        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2018 01:37:25
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14367050         E-mail/Text: bankruptcy@remitcorp.com Jul 14 2018 01:23:16      Remit Corporation,
                  36 West Main Street,   Bloomsburg, PA 17815
14355147        +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 01:26:37      Syncb/jcp,   Po Box 965007,
                  Orlando, FL 32896-5007
14355148        +E-mail/Text: bankruptcydepartment@tsico.com Jul 14 2018 01:23:44      Transworld Sys Inc/51,
                  507 Prudential Rd,   Horsham, PA 19044-2308
14639528        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2018 01:26:05      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T BANK
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14355122*       +Actioncard,   Pob 105555,   Atlanta, GA 30348-5555
14367027*       +Actioncard,   Pob 105555,   Atlanta, GA 30348-5555
14367028*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
14367030*       +Blair County Tax Claim Bureau,    423 Allegheny St,   Hollidaysburg, PA 16648-2022
14355126*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                  Richmond, VA 23238)
```

```
District/off: 0315-7           User: amaz                  Page 2 of 2                   Date Rcvd: Jul 13, 2018
                               Form ID: pdf900             Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****
14355127*        ++CAPITAL ONE,    PO BOX 30285,     SALT LAKE CITY UT 84130-0285
                   (address filed with court:   Capital One Bank Usa N,     15000 Capital One Dr,
                     Richmond, VA 23238)
14367033*        ++CAPITAL ONE,    PO BOX 30285,     SALT LAKE CITY UT 84130-0285
                   (address filed with court:   Capital One Bank Usa N,     15000 Capital One Dr,
                     Richmond, VA 23238)
14367045*        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                   (address filed with court:   Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
14367032*         +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
14367034*         +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14367035*         +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
14367036*         +Crd Prt Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14367037*         +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
14367038*         +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14367039*         +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14367040*         +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14367041*         +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
14355138*         +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14355139*         +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14367042*         +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14367043*         +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
14367046*        ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                   (address filed with court:   Nissn Inf Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
14355144*         +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14367047*         +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14367049*         +Reliance Sav Bk,    1119 12th St,    Altoona, PA 16601-3419
14367051*         +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14367052*         +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14355149*         +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14367053*         +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14367048       ##+Raymond W. Kessler, Esquire,    36 West Main Street,    Bloomsburg, PA 17815-1703
                                                                                              TOTALS: 1, * 30, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
          jmuriceak@eveyblack.com, choover@eveyblack.com
         Lawrence W. Willis    on behalf of Debtor Wilma  Stroh ecf@westernpabankruptcy.com,
          urfreshstrt@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 5
```