**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Wilma Stroh**
   Debtor(s)

Bankruptcy Case No.: 17−70050−JAD
Doc. #60
Chapter: 13
Docket No.: 61 − 60
Concil. Conf.: September 19, 2019 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **August 1, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **August 16, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **September 19, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 17, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70050-JAD
Wilma Stroh                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: skoz            Page 1 of 3          Date Rcvd: Jun 17, 2019
                              Form ID: 410          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
```
db             +Wilma Stroh,    127 Cashman Rd,    Altoona, PA 16601-7653
cr             +Blair County Tax Claim Bureau,    423 Allegheny St. Ste 143,    Holidaysburg, PA 16648-2047
14355121       +Actioncard,    Pob 105555,    Atlanta, GA 30348-5555
14355123      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14367029       +Blair County Tax Claim Bureau,    423 Allegheny Street,    Hollidaysburg, PA 16648-2022
14367031       +Blair County Tax Claim Bureau,    Blair County Courthouse,    423 Allegheny Street,   Suite 143,
                 Hollidaysburg, PA 16648-2047
14355141      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court:   Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
14355130      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
               (address filed with court:   Crd Prt Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240)
14355128       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14355131       +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
14355136       +Fia Cs,    Po Box 982238,    El Paso, TX 79998-2238
14355137       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14355140       +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
14367044        M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
14355142      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:   Nissn Inf Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
14389678       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14367050      ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
               (address filed with court:   Remit Corporation,    36 West Main Street,    Bloomsburg, PA 17815)
14355145       +Reliance Sav Bk,    1119 12th St,    Altoona, PA 16601-3419
14355146       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14355125        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 03:23:44
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14355124       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 03:23:08      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
14355129       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 03:19:04      Comenity Bank/lnbryant,
                 Po Box 182789,    Columbus, OH 43218-2789
14355132       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2019 03:23:56      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14355133       +E-mail/Text: mrdiscen@discover.com Jun 18 2019 03:18:45      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14355134       +E-mail/Text: bknotice@ercbpo.com Jun 18 2019 03:19:46      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14355135       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 03:19:04      Fashion Bug,
                 Po Box 84073,    Columbus, GA 31908-4073
14632421        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 03:23:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14676137        E-mail/Text: camanagement@mtb.com Jun 18 2019 03:18:58      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14387841        E-mail/PDF: cbp@onemainfinancial.com Jun 18 2019 03:23:00      OneMain,    P.O. Box 3251,
                 Evansville, IN. 47731-3251
14355143       +E-mail/PDF: cbp@onemainfinancial.com Jun 18 2019 03:24:16      Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
14647948        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 03:35:38
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14367138        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 03:35:38
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14355147       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:23:40      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14355148       +E-mail/Text: bankruptcydepartment@tsico.com Jun 18 2019 03:20:10      Transworld Sys Inc/51,
                 507 Prudential Rd,    Horsham, PA 19044-2308
14639528       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2019 03:24:50       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14882223       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 18 2019 03:19:34
                 Westlake Financial Services,    4751 Wilshire Blvd., Suite 100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
```

```
District/off: 0315-7          User: skoz                  Page 2 of 3                   Date Rcvd: Jun 17, 2019
                              Form ID: 410                Total Noticed: 36

cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14355122*       +Actioncard,    Pob 105555,    Atlanta, GA 30348-5555
14367027*       +Actioncard,    Pob 105555,    Atlanta, GA 30348-5555
14367028*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14367030*       +Blair County Tax Claim Bureau,    423 Allegheny St,    Hollidaysburg, PA 16648-2022
14355126*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                   Richmond, VA 23238)
14355127*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                   Richmond, VA 23238)
14367033*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                   Richmond, VA 23238)
14367045*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
14367036*      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                   PLANO TX 75093-4867
                 (address filed with court: Crd Prt Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240)
14367032*       +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
14367034*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14367035*       +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
14367037*       +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
14367038*       +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14367039*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14367040*       +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14367041*       +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
14355138*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14355139*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14367042*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14367043*       +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
14367046*      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissn Inf Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
14355144*       +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14367047*       +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14367049*       +Reliance Sav Bk,    1119 12th St,    Altoona, PA 16601-3419
14367051*       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14367052*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14355149*       +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14367053*       +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14367048      ##+Raymond W. Kessler, Esquire,    36 West Main Street,    Bloomsburg, PA 17815-1703
                                                                                              TOTALS: 1, * 30, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Lawrence W. Willis    on behalf of Debtor Wilma  Stroh ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-7          User: skoz              Page 3 of 3           Date Rcvd: Jun 17, 2019
                              Form ID: 410            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                  TOTAL: 5

Case 17-70050-JAD    Doc 62    Filed 06/19/19    Entered 06/20/19 00:54:41    Desc Imaged
Certificate of Notice    Page 5 of 5