**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Wilma Stroh** | : | Case No. 17−70050−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 60 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 10th of September, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                                       Jeffery A. Deller
                                                                United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                         Case No. 17-70050-JAD
Wilma Stroh                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: jhel                  Page 1 of 2                  Date Rcvd: Sep 10, 2019
                              Form ID: 309                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db             +Wilma Stroh,    127 Cashman Rd,    Altoona, PA 16601-7653
cr             +Blair County Tax Claim Bureau,    423 Allegheny St. Ste 143,    Holidaysburg, PA 16648-2047
14355121       +Actioncard,    Pob 105555,    Atlanta, GA 30348-5555
14367029       +Blair County Tax Claim Bureau,    423 Allegheny Street,    Hollidaysburg, PA 16648-2022
14367031       +Blair County Tax Claim Bureau,    Blair County Courthouse,    423 Allegheny Street,    Suite 143,
                 Hollidaysburg, PA 16648-2047
14355131       +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
14355140       +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
14367044        M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
14355141       +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
14355142      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissn Inf Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
14389678       +Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14367050      ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
                (address filed with court: Remit Corporation,     36 West Main Street,    Bloomsburg, PA 17815)
14355145       +Reliance Sav Bk,    1119 12th St,    Altoona, PA 16601-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14355123        EDI: BANKAMER.COM Sep 11 2019 06:28:00     Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
14355125        EDI: CAPITALONE.COM Sep 11 2019 06:28:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
14355130       +EDI: CREDPROT.COM Sep 11 2019 06:28:00      Crd Prt Asso,    13355 Noel Rd Ste 2100,
                 Dallas, TX 75240
14355124       +EDI: CAPITALONE.COM Sep 11 2019 06:28:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
14355128       +EDI: CHASE.COM Sep 11 2019 06:28:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14355129       +EDI: WFNNB.COM Sep 11 2019 06:28:00     Comenity Bank/lnbryant,     Po Box 182789,
                 Columbus, OH 43218-2789
14355132       +EDI: RCSFNBMARIN.COM Sep 11 2019 06:28:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14355133       +EDI: DISCOVER.COM Sep 11 2019 06:28:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14355134       +E-mail/Text: bknotice@ercbpo.com Sep 11 2019 02:29:50      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14355135       +EDI: WFNNB.COM Sep 11 2019 06:28:00     Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
14355136       +EDI: BANKAMER.COM Sep 11 2019 06:28:00      Fia Cs,    Po Box 982238,    El Paso, TX 79998-2238
14355137       +EDI: AMINFOFP.COM Sep 11 2019 06:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14632421        EDI: RESURGENT.COM Sep 11 2019 06:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14676137        E-mail/Text: camanagement@mtb.com Sep 11 2019 02:29:35       M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14387841        EDI: AGFINANCE.COM Sep 11 2019 06:28:00      OneMain,    P.O. Box 3251,
                 Evansville, IN. 47731-3251
14355143       +EDI: AGFINANCE.COM Sep 11 2019 06:28:00      Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14647948        EDI: PRA.COM Sep 11 2019 06:28:00     Portfolio Recovery Associates, LLC,     POB 12914,
                 Norfolk VA 23541
14367138       +EDI: PRA.COM Sep 11 2019 06:28:00     PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
14355146       +EDI: DRIV.COM Sep 11 2019 06:28:00     Santander Consumer Usa,     Po Box 961245,
                 Ft Worth, TX 76161-0244
14355147       +EDI: RMSC.COM Sep 11 2019 06:28:00     Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14355148       +E-mail/Text: bankruptcydepartment@tsico.com Sep 11 2019 02:30:03       Transworld Sys Inc/51,
                 507 Prudential Rd,    Horsham, PA 19044-2308
14639528       +EDI: AIS.COM Sep 11 2019 06:28:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14882223       +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 11 2019 02:29:45
                 Westlake Financial Services,    4751 Wilshire Blvd., Suite 100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14355122*      +Actioncard,    Pob 105555,    Atlanta, GA 30348-5555
14367027*      +Actioncard,    Pob 105555,    Atlanta, GA 30348-5555
14367028*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14367030*      +Blair County Tax Claim Bureau,    423 Allegheny St,    Hollidaysburg, PA 16648-2022
14355126*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
```

```
District/off: 0315-7                User: jhel                  Page 2 of 2                    Date Rcvd: Sep 10, 2019
                                    Form ID: 309                Total Noticed: 36


               ***** BYPASSED RECIPIENTS (continued) *****
14355127*        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                    Richmond, VA 23238)
14367033*        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                    Richmond, VA 23238)
14367036*        ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                    PLANO TX 75093-4805
                  (address filed with court: Crd Prt Asso,     13355 Noel Rd Ste 2100,    Dallas, TX 75240)
14367032*         +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
14367034*         +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14367035*         +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
14367037*         +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
14367038*         +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14367039*         +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14367040*         +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14367041*         +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
14355138*         +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14355139*         +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14367042*         +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14367043*         +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
14367045*         +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
14367046*        ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                  (address filed with court: Nissn Inf Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
14355144*         +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14367047*         +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14367049*         +Reliance Sav Bk,    1119 12th St,    Altoona, PA 16601-3419
14367051*         +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14367052*         +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14355149*         +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14367053*         +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
14367048        ##+Raymond W. Kessler, Esquire,    36 West Main Street,    Bloomsburg, PA 17815-1703
                                                                                              TOTALS: 1, * 30, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com,    choover@eveyblack.com
              Lawrence W. Willis    on behalf of Debtor Wilma  Stroh ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5