**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| WILMA STROH | Case No.:17-70050 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/27/2017 and confirmed on 03/31/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 22,797.00 |
| Less Refunds to Debtor | | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 22,797.00 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 2,996.41 | |
|   Trustee Fee | | 1,023.62 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 4,020.03 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| M & T BANK | 0.00 | 12,634.57 | 0.00 | 12,634.57 |
|   Acct: 1481 | | | | |
| M & T BANK | 1,003.20 | 0.00 | 0.00 | 0.00 |
|   Acct: 1481 | | | | |
| BLAIR COUNTY TAX CLM BUREAU* | 1,071.69 | 0.00 | 6.35 | 6.35 |
|   Acct: 3300 | | | | |
| BLAIR COUNTY TAX CLM BUREAU* | 1,642.02 | 0.00 | 0.00 | 0.00 |
|   Acct: 7200 | | | | |
| BLAIR COUNTY TAX CLM BUREAU* | 1,388.64 | 0.00 | 0.00 | 0.00 |
|   Acct: 3500 | | | | |
| BLAIR COUNTY TAX CLM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0000 | | | | |
| BLAIR COUNTY TAX CLM BUREAU* | 1,006.29 | 0.00 | 0.00 | 0.00 |
|   Acct: 3400 | | | | |
| BLAIR COUNTY TAX CLM BUREAU* | 79.53 | 0.00 | 0.00 | 0.00 |
|   Acct: 3500 | | | | |
| RELIANCE SAVINGS BANK | 3,125.00 | 1,264.64 | 256.86 | 1,521.50 |
|   Acct: 8736 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 14,162.42 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMA STROH  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIS & ASSOCIATES  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ  Acct: | 3,000.00 | 2,996.41 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ  Acct: XXXXXXXXXXXXXXXXXXXXXXXX4-19 | 5,065.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTLAKE SERVICES LLC(*) DBA WESTL  Acct: 8105 | 4,614.55 | 4,614.55 | 0.00 | 4,614.55 |
| | | | | 4,614.55 |
| **Unsecured** | | | | |
| ACTION CARD  Acct: 0626 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACTION CARD  Acct: 2770 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**  (LMP)  Acct: 6469 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)  Acct: 9860 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC  Acct: 6456 | 934.52 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC  Acct: 4581 | 918.43 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)  Acct: 4515 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA  Acct: 2744 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK  Acct: 5724 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC  Acct: 3475 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT CONTROL COLLECTIONS  Acct: 4167 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK  Acct: 1063 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)  Acct: 3702 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY  Acct: 1402 | 0.00 | 0.00 | 0.00 | 0.00 |
| FASHION BUG++  Acct: 0043 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK  Acct: 3435 | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYSTONE COLLECTION  Acct: 1461 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONTINENTAL FINANCE CO LLC  Acct: 2351 | 0.00 | 0.00 | 0.00 | 0.00 |
| NISSAN-INFINITI LT  Acct: 4833 | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-70050 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | ONE MAIN FINANCIAL OF PA INC FKA SPR | 9,390.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 9606 | | | | |
| | RAYMOND KESSLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0393 | | | | |
| | REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5920 | | | | |
| | SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4793 | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7522 | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7523 | | | | |
| | PINNACLE CREDIT SERVICES LLC - ASSIG | 1,142.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,076.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 8182 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR V | 129.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 2284 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 18,776.97 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 4,614.55 |
|---|---|
| SECURED | 9,316.37 |
| UNSECURED | 13.593.04 |

Date: 10/10/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com